1
2
3
4
5
6
7
8
9
10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 19-CR-2853-BAS |
| Plaintiff, | **ORDER DENYING MOTION TO SEAL** |
| v. | |
| MANUEL ALBERTO MONTES DE OCA-GUERRERO (3), | |
| Defendant. | |

19
20
21
22
23
24
25
26
27
28

        Presently before the Court is Defendant Manuel Alberto Montes De Oca-Guerrero's Motion to for leave to file under seal the Defendant's Sentencing document.

        The public has a First Amendment right of access to criminal proceedings and documents in those proceedings. United States v. Bus. of Custer Battlefield Museum & Store Located at Interstate 90, Exit 514, S. of Billings, Mont., 658 F.3d 1188, 1192 (9th Cir. 2011). Where this right applies, "criminal proceedings and documents may be closed to the public without violating the [F]irst [A]mendment only if three substantive requirements are satisfied: (1) closure serves a compelling interest; (2) there is a substantial probability that, in the absence of closure, this

compelling interest would be harmed; and (3) there are no alternatives to closure that would adequately protect the compelling interest." United States v. Doe, 870 F.3d 991, 998 (9th Cir. 2017). Having reviewed Mr. Montes De Oca-Guerrero's request, he does not satisfy this standard. Therefore, the Court DENIES the motion to seal.

IT IS SO ORDERED.

Dated:   November 12, 2021

Hon. Cynthia Bashant
United States District Judge

19-CR-2853-BAS